# Exhibit D

# Time Entries

Mirer Mazzocchi Schalet Julien & Chickedantz, PLLC

Staff Member = All
Group By Staff Member Group
Client - Project = Garcia v. Cloister Apt Corp., et al.
Activity Code = All
View = Original
From 07-01-2016 To 11-29-2016

## Luis Garcia

### Garcia v. Cloister Apt Corp., et al.

| Date | Status | Approval | BillableType | Activity | Staff Member | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-05-2016 | Approved | | Non-Billable | Client intake; draft retainer. | Chickedantz, Maria | | | 2.500 | 350.00 | 875.00 |
| 07-06-2016 | Approved | | Non-Billable | Research Cloister Apt. Corp. - review all documents that are publicly available, including HPD, ACRIS, New York Corporate Entity database, and information available through other public record searches. | Chickedantz, Maria | | | 4.000 | 350.00 | 1,400.00 |
| 07-07-2016 | Approved | | Non-Billable | Meeting with client re: information about Cloister's management structure. | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| 07-08-2016 | Approved | | Non-Billable | Legal research: Liability of successor entities under NYLL/FLSA | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| 07-08-2016 | Approved | | Non-Billable | Call with colleague re: NYLL/FLSA liability for building co-ops; research FLSA employer liability for building co-op owners. | Mirer, Jeanne | | | 2.000 | 350.00 | 700.00 |
| 07-12-2016 | Approved | | Non-Billable | Draft FLSA lawsuit; file via ECF. | Chickedantz, Maria | | | 3.000 | 350.00 | 1,050.00 |
| 07-14-2016 | Approved | | Non-Billable | Legal research re: FLSA retaliation and eviction notices/proceedings. | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| 08-04-2016 | Approved | | Non-Billable | Calculate maximum exposure calculations pursuant to the NYLL and FLSA; email calculations and all court documents to Stewart Wurtzel, defendants' attorney. | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| 08-26-2016 | Approved | | Non-Billable | Call with Mr. Wurtzel re: his clients' (Siren and Cloister) settlement offer; and other considerations for settlement of FLSA lawsuit. | Chickedantz, Maria | | | 1.000 | 350.00 | 350.00 |
| 08-26-2016 | Approved | | Non-Billable | Call with client re: defendants Siren and Cloister's settlement offer; discussion of counter demand. | Chickedantz, Maria | | | 0.700 | 350.00 | 245.00 |
| 09-23-2016 | Approved | | Non-Billable | Conference call with client re: potential FLSA retaliation against him by building super. | Chickedantz, Maria | | | 0.900 | 350.00 | 315.00 |
| 09-26-2016 | Approved | | Non-Billable | legal research re: disposing of FLSA claims prior to Answer under Cheeks; effect of partial settlement of FLSA claims on non-settling defendants. | Julien, Ria | | | 2.000 | 350.00 | 700.00 |
| 10-07-2016 | Approved | | Non-Billable | Calculate damages for counter-demand; email Mr. Wurzel with counter-demand and to discuss possible retaliation matter. | Chickedantz, Maria | | | 1.600 | 350.00 | 560.00 |
| 10-12-2016 | Approved | | Non-Billable | Write letter to the Court re: first request to adjourn initial conference. | Chickedantz, Maria | | | 1.000 | 350.00 | 350.00 |
| 10-14-2016 | Approved | | Non-Billable | Call with Mr. Wurtzel re: settling defendants' counter-offer. | Chickedantz, Maria | | | 0.600 | 350.00 | 210.00 |
| 10-17-2016 | Approved | | Non-Billable | Call with client to discuss the settling defendants' most recent counter-offer. | Chickedantz, Maria | | | 0.800 | 350.00 | 280.00 |
| 10-19-2016 | Approved | | Non-Billable | | Chickedantz, Maria | | | 3.600 | 350.00 | 1,260.00 |

# Time Entries

**Mirer Mazzocchi Schalet Julien & Chickedantz, PLLC**

Staff Member = All
Group By Staff Member Group
Client - Project = Garcia v. Cloister Apt Corp., et al.
Activity Code = All
View = Original
From 07-01-2016 To 11-29-2016

## Luis Garcia
### Garcia v. Cloister Apt Corp., et al.

| Date | Status | Approval | BillableType | Activity | Staff Member | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-25-2016 | Approved | | Non-Billable | Draft Settlement Agreement | Chickedantz, Maria | | | 1.000 | 350.00 | 350.00 |
| 10-31-2016 | Approved | | Non-Billable | Call with Mr. Wurtzel re: settling defendants' request for Court approved settlement; factors to include in joint fairness letter | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| 10-31-2016 | Approved | | Non-Billable | Implement settling defendants' edits into settlement agreement; add additional edits to comply with the Court's requirements for approval of FLSA settlement agreements. | Chickedantz, Maria | | | 4.000 | 350.00 | 1,400.00 |
| 11-15-2016 | Approved | | Non-Billable | Draft letter to Court re: second request to adjourn initial conference; request to submit settlement for Court approval within three weeks. | Chickedantz, Maria | | | 0.700 | 350.00 | 245.00 |
| 11-15-2016 | Approved | | Non-Billable | Second drafts of Settlement Agreement and Fairness Letter. | Chickedantz, Maria | | | 2.000 | 350.00 | 700.00 |
| | | | | | | | Project Total | 41.400 | | 14,490.00 |
| | | | | | | | Client Total | 41.400 | | 14,490.00 |
| | | | | | | | Grand Total | 41.400 | | 14,490.00 |