# MIRER MAZZOCCHI JULIEN & CHICKEDANTZ, PLLC

ATTORNEYS AT LAW
150 BROADWAY, TWELFTH FLOOR
NEW YORK, NEW YORK 10038

———————

| | | |
|---|---|---|
| JEANNE MIRER<br>KRISTINA MAZZOCCHI | TELEPHONE: (212) 231-2235<br>FACSIMILE: (212) 409-8338 | RIA JULIEN<br>MARIA L. CHICKEDANTZ |

February 9, 2018

*Via* **ECF**
Hon. Laura Taylor Swain
U.S. District Court - SDNY
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007

              Re:   *Garcia v. Cloister Apt Corp., et al.*
                      <u>16-Civ-5542 (LTS)(HBP)</u>

Dear Hon. Judge Swain:

      This firm represents the plaintiff in the above-referenced matter. The parties jointly request a further adjournment of the scheduling conference currently scheduled for February 16, 2018.

      Pursuant to the Court's Order of November 20, 2017 (Dkt. No. 107), the Court, upon the consent of all parties, adjourned the scheduling conference to February 16, 2018 as a control date, as the parties' request for the adjournment was due to two motions that were pending before the Court.

      As the two motions are still pending, the parties jointly request a further adjournment of the February 16, 2018 scheduling conference until a date after the Court decides the two pending motions.

      There have been six previous requests for adjournments of the scheduling conference, which have been granted by the Court.

                                        Respectfully submitted,

                                      __/s/ Maria L. Chickedantz_____
                                      Maria L. Chickedantz
                                      MIRER MAZZOCHI JULIEN
                                      & CHICKEDANTZ, PLLC
                                      150 Broadway, Suite 1200
                                      New York, NY 10038
                                      (212)-231-2235
                                      *Attorneys for Plaintiff*

cc: Stewart Wurtzel, Esq.
      Gregory Lisi, Esq.
      Lisa Casa, Esq.